**FILED**
MAR 2 5 2015
DAVID CREWS, CLERK
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.             Criminal No. 3:15CR 020
                              18 U.S.C. § 242

RANDY TAYLOR DOSS

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

(Deprivation of Rights)

On or about January 27, 2012, in the Northern District of Mississippi, the defendant, **RANDY TAYLOR DOSS,** while acting under color of law, assaulted J.W., a pre-trial detainee, by deploying a Taser electronic control device into J.W.'s back, thereby willfully depriving J.W. of the right, secured and protected by the United States Constitution and the laws of the United States, not to be deprived of liberty, without due process of law. This offense involved the use of a dangerous weapon and resulted in bodily injury to J.W.

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL

_Felix C. Cadu_           /s/ Signature Redacted
UNITED STATES ATTORNEY    FOREPERSON